IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDDIE LEE BURNS, JR., | ) | 1:05-CV-01622-AWI-WMW-P |
| | ) | |
| Plaintiff, | ) | ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| vs. | ) | |
| PEOPLE OF CALIFORNIA, et al., | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 15, 2006, the court ordered plaintiff to pay the $250.00 filing fee or submit a completed application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. On May 22, 2006, plaintiff filed an application to proceed in forma pauperis. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $250.00 filing fee.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust

1  account statement for the six month period immediately preceding the filing of the complaint, or
2  in the alternative, pay the $250.00 filing fee for this action.  Failure to comply with this order will
3  result in a recommendation that this action be dismissed.
4  IT IS SO ORDERED.
5  **Dated:      June 23, 2006**              **/s/  William M. Wunderlich**
   j14hj0                                      UNITED STATES MAGISTRATE JUDGE